UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAESHELE PRUITT,

               Plaintiff,                                Case No. 14-11230

v.                                              Paul D. Borman
                                              United States District Judge

                                            Mona K. Majzoub
COMMISSIONER OF                    United States Magistrate Judge
SOCIAL SECURITY,

               Defendant.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE MONA K. MAJZOUB'S AUGUST 24, 2015 REPORT AND RECOMMENDATION (ECF NO. 17), (2) GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 13), (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 15), AND (4) REMANDING TO THE COMMISSIONER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

       On August 24, 2015, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to Grant in Part Plaintiff's Motion for Summary Judgment, Deny Defendant's Motion for Summary Judgment and to remand this matter to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS IN PART Plaintiff's Motion for Summary Judgment, DENIES Defendant's Motion for Summary Judgment and REMANDS this matter pursuant to sentence

four of 42 U.S.C. § 405(g) for further proceedings consistent with Magistrate Judge Majzoub's August 24, 2015 Report and Recommendation.

IT IS SO ORDERED.


                                         s/Paul D. Borman
                                         PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE

Dated:  September 29, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 29, 2015.


                                         s/Deborah Tofil
                                         Case Manager

2